TIMOTHY COURCHAINE
United States Attorney
District of Arizona

STEVEN D. USRY
Assistant United States Attorney
Mississippi State Bar No. 100922
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Steven.Usry2@usdoj.gov
Attorneys for Plaintiff

FILED ✓    LODGED ____
RECEIVED ____  COPY ____

AUG 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ₗ)ₗ⁷_____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-01198-PHX-SPL (ESW) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1 - 31 |
| Ricardo Bautista, | | |
| Defendant. | | |
| | | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNTS 1- 31**

On or about the dates listed below, in the District of Arizona, Defendant, RICARDO BAUTISTA, knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of the sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant,

RICARDO BAUTISTA, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant, RICARDO BAUTISTA, knew that he was buying the firearm on behalf of another person:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 4/6/2021 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 2 | 7/12/2021 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 3 | 10/13/2021 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 4 | 2/7/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 5 | 2/26/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 6 | 3/24/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 7 | 3/26/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 8 | 4/2/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 9 | 4/6/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 10 | 4/28/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 11 | 4/30/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 12 | 10/22/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 13 | 11/9/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 14 | 11/21/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 15 | 12/1/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 16 | 12/24/2022 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 17 | 9/15/2023 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 18 | 12/28/2023 | AMMO A-Z LLC (Glendale, AZ) |
| 19 | 1/8/2024 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 20 | 1/25/2024 | Legendary Sales (Phoenix, AZ) |
| 21 | 1/25/2024 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 22 | 2/7/2024 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 23 | 2/17/2024 | MMP Guns, LLC (Phoenix, AZ) |
| 24 | 2/25/2024 | Sportsman's Warehouse 139 (Mesa, AZ) |
| 25 | 2/29/2024 | AMMO A-Z/Zeus Arms (Phoenix, AZ) |
| 26 | 5/16/2024 | MMP Guns, LLC (Phoenix, AZ) |
| 27 | 6/12/2024 | Sportsman's Warehouse 257 (Chandler, AZ) |
| 28 | 6/27/2024 | Bass Pro Shops 415 (Glendale, AZ) |
| 29 | 8/3/2024 | AMMO A-Z LLC (Glendale, AZ) |
| 30 | 10/14/2024 | AMMO A-Z LLC (Glendale, AZ) |
| 31 | 10/25/2024 | AMMO A-Z LLC (Glendale, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1-31 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-31 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

- 3 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 26, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
STEVEN USRY
Special Assistant U.S. Attorney

- 4 -